## PATTEN v. THOMPSON.

ACTION upon a note, dated the 4th of May A. D. 1790, for £400, payable in final settlement notes, within one year from the date with the lawful interest in silver or gold.

Plea in bar — That there is secured in and by said note by the corrupt agreement of the plaintiff and defendant more than lawful interest at the rate of 6' per cent. per annum, viz. £6 lawful silver money for every £100 in final settlement notes.

The plaintiff traversed the plea in bar, and the parties were at issue thereon to the jury. The note was all the evidence relied upon by the defendant to prove the usury.

The jury found a verdict for the plaintiff and £350 damages — which was accepted by the court.